■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL MELENDEZ, Appellant.—Judgment, Supreme Court, Bronx County (Irving Lang, J.), rendered on June 29, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Fein, Milonas and Ellerin, JJ.

■ PHILIP HOCHSTEIN, Appellant, v HOUGHTON MIFFLIN COMPANY et al., Respondents.—Order, Supreme Court, New York County (Leonard Cohen, J.), entered on September 16, 1985, unanimously affirmed for the reasons stated by Leonard Cohen, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur—Sullivan, J. P., Asch, Fein, Milonas and Ellerin, JJ.